DENNY FORD v. THE STATE.

No. 3394.    Decided May 8, 1907.

**Aggravated Assault—Sufficiency of Evidence.**

See opinion for evidence held sufficient to sustain a conviction for aggravated assault.

Appeal from the County Court of Tom Green. Tried below before the Hon. Milton Mays.

Appeal from a conviction of aggravated assault; penalty, a fine of $25.

The opinion states the case.

*B. W. Rimes,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $25.

Appellant drew a pistol and pointed the same at prosecuting witness. The prosecuting witness threw a pistol on appellant and forced him to give up his pistol. Appellant on this statement of facts was prosecuted for assault. The evidence authorized the verdict, and the judgment is affirmed.

*Affirmed.*